IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:13-CV-71-D

| | |
|---|---|
| CORNELIUS O. BATTLE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER |
| CAROLYN W. COLVIN, ) | |
| ACTING COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $3,140.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED, this __**25**__ day or __**April**__, 2014.

James C. Dever, III
Chief United States District Judge